```
           UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

**DIANA LYNN BLANKENSHIP,**

       Plaintiff,

v.                     Civil Action No. 2:14-cv-27469

**CAROLYN W. COLVIN,**
**ACTING COMMISSIONER OF SOCIAL SECURITY,**

       Defendant.


### MEMORANDUM OPINION AND ORDER


       The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane Tinsley, entered on February 26, 2016; and the magistrate judge having recommended that the court grant plaintiff's Brief in Support of Judgment on the Pleadings; and the magistrate judge having further recommended that the court deny the Commissioner's Brief in Support of the Defendant's Decision, reverse the final decision of the Commissioner, remand this case for further proceedings, and dismiss this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

    1.   The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they

    hereby are, adopted by the court and incorporated herein;

2. The plaintiff's Brief in Support of Judgment on the Pleadings be, and it hereby is, granted;

3. The defendant's Brief in Support of the Defendant's Decision be, and it hereby is, denied;

4. The decision of the Commissioner be, and it hereby is, reversed; and

5. This matter be, and it hereby is, remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings to specify which cashier position Claimant could perform; to complete the requisite analyses under SSR 82-61 and SSR 82-62; to make findings of fact as to the physical and mental demands of Claimant's past relevant job as a cashier; and to address other issues identified by the magistrate judge in the Proposed Findings and Recommendation as requiring further evaluation and resolution.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

ENTER: March 21, 2016

John T. Copenhaver, Jr.
United States District Judge